IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MICHAEL LEWIS-STEVEN JOHNS,

     Petitioner,

v.                                    Case No. 5D18-1356

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed June 8, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Michael Lewis-Steven Johns, Malone, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 6, 2017 order denying motion for postconviction relief rendered in Case No. 2013-CF-390, in the Circuit Court in and for Citrus County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

PALMER, ORFINGER and WALLIS, JJ., concur.